| AO 10 Rev. 1/2021 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2020** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| DiGirolamo, Thomas M. | U.S. District Court - Maryland | 04/20/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge - Full-time | ☐ Nomination    Date<br>☐ Initial    ✔ Annual    ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

U.S. Courthouse
6500 Cherrywood Lane
Greenbelt, Maryland 20770

> ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | ▨ Trust #1 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiGirolamo, Thomas M. | 04/20/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | self-employed development consultant |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiGirolamo, Thomas M. | 04/20/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiGirolamo, Thomas M. | 04/20/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. WELLS FARGO ADVISORS #1 | | | | | | | | | |
| 2. STANDARD BANK DEPOSIT | A | Interest | K | T | | | | | |
| 3. | | | | | | | | | |
| 4. WELLS FARGO ADVISORS #2 | | | | | | | | | |
| 5. STANDARD BANK DEPOSIT | A | Interest | J | T | | | | | |
| 6. TAX EXEMPT BOND FUND OF AMERICA FUND CLASS F1 | A | Dividend | | | Sold | 06/22/20 | K | A | |
| 7. | | | | | | | | | |
| 8. WELLS FARGO ADVISORS MUNICIPAL ACCOUNT | | | | | | | | | |
| 9. STANDARD BANK DEPOSIT | A | Interest | J | T | | | | | |
| 10. MARYLAND ST ST & LOC FACS 1ST SER A BOOK ENTRY G/O DUE 3/1/25 | A | Interest | K | T | | | | | |
| 11. TALBOT CNTY MD RFDG PUB IMPT G/O LTD B\E DUE 12/15/25 | A | Interest | K | T | Sold (part) | 12/15/20 | J | A | |
| 12. ANNE ARUNDEL CNTY MD CONS WTR & SWR G/O LTD B\E DUE 4/1/26 | A | Interest | K | T | | | | | |
| 13. FREDERICK CNTY MD FOR ISSUES DTD PR TO 6/29/16 SEE 355694 DUE 2/1/27 | A | Interest | K | T | | | | | |
| 14. SEQUOIA CA UN HIGH SCH DIST ELECTION 2014 G/O B\E DUE 7/1/28 | A | Interest | J | T | | | | | |
| 15. WASHINGTON ST FOR ISSUES DTD PRIOR TO 2/5/13 RFDG MTR VEH F DUE 7/1/28 | B | Interest | K | T | Sold (part) | 01/14/20 | K | B | |
| 16. BOSSIER CTY LA PUB IMPT SALES & USE TAX REV SER ST B/E DUE 12/1/28 | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiGirolamo, Thomas M. | 04/20/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 17. BALTIMORE MD REV RFDG WASTEWATER PJS SER B B/E DUE 7/1/29 | A | Interest | J | T | | | | | |
| 18. PRINCE GEORGES CNTY MD GO CONS PUB IMPT BDS G/O UNLTD B/E DUE 7/15/29 | B | Interest | K | T | Sold (part) | 05/08/20 | J | A | |
| 19. NY ST DORM AUTH ST PERS INCOME TAX REV GEN PURP SER A B/E DUE 2/15/31 | A | Interest | K | T | | | | | |
| 20. WASHINGTON CNTY MD GO PUB IMPT BDS 2020 G/O UNLTD B/E DUE 7/1/31 | | None | J | T | Buy | 06/23/20 | J | | |
| 21. ALBUQUERQUE BERN CNTY WTR UTIL AUTH NM JT WTR & SWR SYS REV DUE 7/1/31 | B | Interest | | | Sold | 05/08/20 | K | C | |
| 22. ANNE ARUNDEL CNTY MD CONS WTR SWR GO BDS 2018 G/O LTD B/E DUE 10/1/34 | A | Interest | | | Sold | 05/08/20 | K | C | |
| 23. DISTRICT OF COLUMBIA WTR & SWR AUTH PUB UTIL REV DUE 10/1/35 | A | Interest | | | Sold | 05/08/20 | K | B | |
| 24. WASHINGTON SUBN SAN DIST MD CONS PUB IMPT G/O UNLTD B/E DUE 6/1/22 | A | Interest | | | Sold | 05/08/20 | K | A | |
| 25. MD ST HLTH & HIGH EFA REV RFDG JOHNS HOPKINS UNIV SER A B/E DUE 7/1/26 | B | Interest | | | Sold | 05/08/20 | K | B | |
| 26. HARFORD CNTY MD GO CONS PUB IMPT BDS 2018 G/O UNLTD B/E DUE 9/15/26 | A | Interest | | | Sold | 05/08/20 | K | C | |
| 27. MARYLAND ST DPT TRANSN CONS TRANSN REV B/E DUE 11/1/28 | A | Interest | | | Sold | 05/08/20 | K | B | |
| 28. | | | | | | | | | |
| 29. WELLS FARGO ADVISORS IRA #1 | | | | | | | | | |
| 30. STANDARD BANK DEPOSIT | A | Interest | L | T | | | | | |

1 Income Gain Codes:        A =$1,000 or less        B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
(See Columns B1 and D4)     F =$50,001 - $100,000    G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2 Value Codes               J =$15,000 or less       K =$15,001 - $50,000       L =$50,001 - $100,000     M =$100,001 - $250,000
(See Columns C1 and D3)      N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
                            P3 =$25,000,001 - $50,000,000                        P4 =More than $50,000,000
3 Value Method Codes         Q =Appraisal             R =Cost (Real Estate Only)  S =Assessment           T =Cash Market
(See Column C2)              U =Book Value            V =Other                    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| DiGirolamo, Thomas M. | 04/20/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 31.   ISHARES ETF RUSSELL 2000 | A | Dividend | K | T | | | | | |
| 32.   ISHARES CORE MSCI ETF EAFE ETF | A | Dividend | K | T | | | | | |
| 33.   ISHARES CORE S&P MID ETF ETF | A | Dividend | K | T | Sold (part) | 03/13/20 | J | | |
| 34.   ISHARES CORE S&P 500 ETF S&P 500 INDEX FD | B | Dividend | M | T | Sold (part) | 03/13/20 | K | | |
| 35.   ISHARES CORE U.S. ETF AGGREGATE BOND | B | Dividend | L | T | | | | | |
| 36.   ISHARES EDGE MSCI ETF USA QUALITY FACTOR ETF | A | Dividend | K | T | Buy | 03/13/20 | K | | |
| 37.   ISHARES EDGE MSCI ETF MIN VOL USA ETF | A | Dividend | J | T | | | | | |
| 38.   DODGE & COX STK FD | A | Dividend | K | T | | | | | |
| 39.   INVESCO OPPENHEIMER GLOBAL OPPORTUNITIES FUND CLASS Y | B | Dividend | K | T | | | | | |
| 40.   INVESCO OPPENHEIMER DEVELOPING MARKETS FUND CLASS Y | A | Dividend | K | T | Buy (add'l) | 03/13/20 | J | | |
| 41.   MAINSTAY MACKAY HIGH YIELD CORPORATE BOND FUND CLASS 1 | A | Dividend | K | T | | | | | |
| 42.   MFS SER TR X EMERGING MKTS DEBT FD CLASS 1 | A | Dividend | J | T | | | | | |
| 43.   PRINCIPAL FDS INC MIDCAP FUND INSTL CLASS | A | Dividend | K | T | Buy | 03/16/20 | J | | |
| 44.   JP MORGAN TR II SMALL CAP GROWTH FUND CL L | B | Dividend | K | T | | | | | |
| 45.   JP MOARGAN TRUST I EMERGING MARKETS EQUITY FUND CLASS L | A | Dividend | K | T | Buy | 08/07/20 | K | | |
| 46.   JPMORGAN TR I GROWTH ADVANTAGE FD I CL | C | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiGirolamo, Thomas M. | 04/20/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 47. PRINCIPAL INV FUND REAL ESTATE SECS FD CL INSTL | A | Dividend | J | T | | | | | |
| 48. VANGUARD WORLD FD INTL GROWTH FD ADMIRAL SHS | A | Dividend | K | T | | | | | |
| 49. ISHARES CORE MSCI ETF EMERGING MARKETS ETF | A | Dividend | | | Sold | 08/07/20 | K | | |
| 50. | | | | | | | | | |
| 51. WELLS FARGO ADVISORS IRA #2 | | | | | | | | | |
| 52. STANDARD BANK DEPOSIT | A | Interest | J | T | | | | | |
| 53. ABERDEEN FDS EMERGING MARKETS FUND INSTITUTIONAL CLASS I | A | Dividend | J | T | Buy | 07/20/20 | K | | |
| 54. | | | | | Sold (part) | 09/21/20 | J | | |
| 55. | | | | | Buy (add'l) | 12/02/20 | J | | |
| 56. BAIRD FDS INC AGGREGATE FD FD INSTL SHS CLASS I | B | Dividend | M | T | Buy | 07/20/20 | L | | |
| 57. | | | | | Buy (add'l) | 07/21/20 | K | | |
| 58. | | | | | Buy (add'l) | 09/22/20 | J | | |
| 59. | | | | | Buy (add'l) | 12/02/20 | J | | |
| 60. CREDIT SUISSE COMMODITY RETURN STRATEGY FUND CL I | | None | J | T | Buy | 07/20/20 | K | | |
| 61. | | | | | Sold (part) | 09/21/20 | J | | |
| 62. | | | | | Sold (part) | 12/02/20 | J | | |
| 63. EATON VANCE SER II INCOME FUND BOSTON CL I | B | Dividend | L | T | Buy | 01/31/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiGirolamo, Thomas M. | 04/20/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 64. | | | | | Buy (add'l) | 03/09/20 | J | | |
| 65. | | | | | Buy (add'l) | 05/04/20 | J | | |
| 66. | | | | | Buy (add'l) | 06/01/20 | J | | |
| 67. | | | | | Buy (add'l) | 07/20/20 | K | | |
| 68. | | | | | Buy (add'l) | 07/21/20 | J | | |
| 69. | | | | | Buy (add'l) | 08/18/20 | K | | |
| 70. | | | | | Buy (add'l) | 09/21/20 | J | | |
| 71. GOLDMAN SACHS TR FINL SQUARE TREAS INSTRS FD INSTL CL | A | Dividend | J | T | Sold (part) | 01/10/20 | J | | |
| 72. | | | | | Buy (add'l) | 01/31/20 | J | | |
| 73. | | | | | Sold (part) | 02/21/20 | J | | |
| 74. | | | | | Buy (add'l) | 03/09/20 | J | | |
| 75. | | | | | Buy (add'l) | 05/01/20 | J | | |
| 76. | | | | | Sold (part) | 05/15/20 | J | | |
| 77. | | | | | Buy (add'l) | 06/17/20 | J | | |
| 78. | | | | | Sold (part) | 06/19/20 | J | | |
| 79. | | | | | Sold (part) | 07/10/20 | J | | |
| 80. | | | | | Buy (add'l) | 07/21/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiGirolamo, Thomas M. | 04/20/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 81. | | | | | Sold<br>(part) | 09/21/20 | J | | |
| 82. | | | | | Sold<br>(part) | 10/09/20 | J | | |
| 83. AMERICAN FUNDS WASHINGTON<br>MUTUAL FD F2 | B | Dividend | L | T | Buy<br>(add'l) | 01/31/20 | J | | |
| 84. | | | | | Buy<br>(add'l) | 02/28/20 | J | | |
| 85. | | | | | Buy<br>(add'l) | 03/10/20 | J | | |
| 86. | | | | | Buy<br>(add'l) | 04/01/20 | J | | |
| 87. | | | | | Buy<br>(add'l) | 05/01/20 | J | | |
| 88. | | | | | Buy<br>(add'l) | 06/01/20 | J | | |
| 89. | | | | | Buy<br>(add'l) | 06/16/20 | K | | |
| 90. | | | | | Buy<br>(add'l) | 07/01/20 | J | | |
| 91. | | | | | Buy<br>(add'l) | 07/20/20 | J | | |
| 92. | | | | | Buy<br>(add'l) | 07/21/20 | J | | |
| 93. | | | | | Sold<br>(part) | 09/21/20 | J | | |
| 94. LAZARD FRUNDS INC US EQUITY<br>CONCENTRATED PORT INSTL SHS | A | Dividend | K | T | Buy | 07/20/20 | K | | |
| 95. | | | | | Buy<br>(add'l) | 07/21/20 | J | | |
| 96. | | | | | Sold<br>(part) | 09/21/20 | J | | |
| 97. MFS SER TR X EMERGING MKTS DEBT<br>FD CLASS 1 | A | Dividend | K | T | Buy<br>(add'l) | 01/31/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiGirolamo, Thomas M. | 04/20/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 98. | | | | | Buy<br>(add'l) | 04/02/20 | J | | |
| 99. | | | | | Buy<br>(add'l) | 05/01/20 | J | | |
| 100. | | | | | Buy<br>(add'l) | 06/17/20 | J | | |
| 101. METROPOLITAN WEST TOTAL<br>RETURN BD FD CL 1 | C | Dividend | L | T | Buy | 07/20/20 | L | | |
| 102. | | | | | Buy<br>(add'l) | 07/21/20 | J | | |
| 103. | | | | | Sold<br>(part) | 08/18/20 | K | | |
| 104. | | | | | Sold<br>(part) | 09/21/20 | J | | |
| 105. | | | | | Sold<br>(part) | 12/02/20 | J | | |
| 106. CHAMPLAIN FUNDS CHAMPLAIN<br>SMALL COMPANY FUND INSTL<br>CLASS SHARES | B | Dividend | K | T | Buy | 09/22/20 | K | | |
| 107. JP MORGAN TR I SMALL CAP EQUITY<br>FUND JP MORGAN S/C EQUITY I | A | Dividend | K | T | Buy | 07/20/20 | K | | |
| 108. | | | | | Buy<br>(add'l) | 07/21/20 | J | | |
| 109. | | | | | Sold<br>(part) | 09/21/20 | J | | |
| 110. T ROWE PRICE INTL FD OVERSEAS<br>STK FD | A | Dividend | J | T | Buy<br>(add'l) | 01/31/20 | J | | |
| 111. | | | | | Buy<br>(add'l) | 02/28/20 | J | | |
| 112. | | | | | Buy<br>(add'l) | 03/09/20 | J | | |
| 113. | | | | | Buy<br>(add'l) | 04/01/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiGirolamo, Thomas M. | 04/20/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 114. | | | | | Buy (add'l) | 05/01/20 | J | | |
| 115. | | | | | Buy (add'l) | 06/16/20 | K | | |
| 116. | | | | | Buy (add'l) | 07/01/20 | J | | |
| 117. | | | | | Sold (part) | 07/20/20 | L | | |
| 118. | | | | | Sold (part) | 09/21/20 | J | | |
| 119. T ROWE PRICE BLUE CHIP GROWTH FUND | A | Dividend | L | T | Buy | 07/20/20 | K | | |
| 120. | | | | | Buy (add'l) | 07/21/20 | J | | |
| 121. | | | | | Buy (add'l) | 09/21/20 | J | | |
| 122. TOUCHSTONE FDS GROUP TR MID CAP FUND INSTITUTIONAL CLASS | A | Dividend | L | T | Buy | 07/20/20 | L | | |
| 123. | | | | | Buy (add'l) | 07/21/20 | J | | |
| 124. | | | | | Buy (add'l) | 09/21/20 | J | | |
| 125. CARILLON SER TR EAGLE SMALL CAP GROWTH FD CL I | | None | | | Buy (add'l) | 01/31/20 | J | | |
| 126. | | | | | Buy (add'l) | 02/28/20 | J | | |
| 127. | | | | | Buy (add'l) | 03/09/20 | J | | |
| 128. | | | | | Buy (add'l) | 04/01/20 | J | | |
| 129. | | | | | Buy (add'l) | 05/01/20 | J | | |
| 130. | | | | | Buy (add'l) | 06/17/20 | J | | |

1 Income Gain Codes: (See Columns B1 and D4)   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000

2 Value Codes (See Columns C1 and D3)   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000

3 Value Method Codes (See Column C2)   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| DiGirolamo, Thomas M. | 04/20/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 131. | | | | | Sold | 07/20/20 | K | | |
| 132. DODGE & COX FDS INTL STK FD | A | Dividend | | | Buy (add'l) | 01/31/20 | J | | |
| 133. | | | | | Buy (add'l) | 03/02/20 | J | | |
| 134. | | | | | Buy (add'l) | 03/10/20 | J | | |
| 135. | | | | | Buy (add'l) | 04/01/20 | J | | |
| 136. | | | | | Buy (add'l) | 05/04/20 | J | | |
| 137. | | | | | Buy (add'l) | 06/01/20 | J | | |
| 138. | | | | | Sold | 06/16/20 | K | | |
| 139. AMG TIMESSQUARE MID CAP GROWTH FD CL I | | None | | | Buy (add'l) | 01/31/20 | J | | |
| 140. | | | | | Buy (add'l) | 02/28/20 | J | | |
| 141. | | | | | Buy (add'l) | 03/09/20 | J | | |
| 142. | | | | | Buy (add'l) | 04/01/20 | J | | |
| 143. | | | | | Buy (add'l) | 05/01/20 | J | | |
| 144. | | | | | Sold | 07/20/20 | K | | |
| 145. HANCOCK JOHN CAP SER CLASSIC VALUE FD CL 1 | | None | | | Buy (add'l) | 01/31/20 | J | | |
| 146. | | | | | Buy (add'l) | 02/28/20 | J | | |
| 147. | | | | | Buy (add'l) | 03/09/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiGirolamo, Thomas M. | 04/20/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 148. | | | | | Buy<br>(add'l) | 04/01/20 | J | | |
| 149. | | | | | Buy<br>(add'l) | 05/01/20 | J | | |
| 150. | | | | | Buy<br>(add'l) | 06/01/20 | J | | |
| 151. | | | | | Sold | 06/16/20 | K | | |
| 152. INVESCO OPPENHEIMER DEVELOPING MARKETS FUND CLASS Y | None | | | | Buy<br>(add'l) | 01/31/20 | J | | |
| 153. | | | | | Buy<br>(add'l) | 02/28/20 | J | | |
| 154. | | | | | Buy<br>(add'l) | 03/09/20 | J | | |
| 155. | | | | | Buy<br>(add'l) | 04/01/20 | J | | |
| 156. | | | | | Buy<br>(add'l) | 05/01/20 | J | | |
| 157. | | | | | Buy<br>(add'l) | 06/01/20 | J | | |
| 158. | | | | | Sold | 07/20/20 | K | | |
| 159. LAZARD FDS INC EMERGING MKTS PORT INSTL SHS | None | | | | Buy<br>(add'l) | 01/31/20 | J | | |
| 160. | | | | | Buy<br>(add'l) | 02/28/20 | J | | |
| 161. | | | | | Buy<br>(add'l) | 03/09/20 | J | | |
| 162. | | | | | Buy<br>(add'l) | 04/01/20 | J | | |
| 163. | | | | | Buy<br>(add'l) | 05/01/20 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiGirolamo, Thomas M. | 04/20/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 164. | | | | | Buy<br>(add'l) | 06/01/20 | J | | |
| 165. | | | | | Sold | 06/16/20 | K | | |
| 166.   MFS SER TR I VALUE FD CL I | A | Dividend | | | Buy<br>(add'l) | 01/31/20 | J | | |
| 167. | | | | | Buy<br>(add'l) | 02/28/20 | J | | |
| 168. | | | | | Buy<br>(add'l) | 03/10/20 | J | | |
| 169. | | | | | Buy<br>(add'l) | 04/02/20 | J | | |
| 170. | | | | | Buy<br>(add'l) | 05/01/20 | J | | |
| 171. | | | | | Buy<br>(add'l) | 06/01/20 | J | | |
| 172. | | | | | Buy<br>(add'l) | 06/16/20 | J | | |
| 173. | | | | | Buy<br>(add'l) | 07/01/20 | J | | |
| 174. | | | | | Sold | 07/20/20 | L | | |
| 175.   MAINSTAY LARGE CAP GROWTH<br>FUND CLASS I | | None | | | Buy<br>(add'l) | 01/31/20 | J | | |
| 176. | | | | | Buy<br>(add'l) | 02/28/20 | J | | |
| 177. | | | | | Buy<br>(add'l) | 03/10/20 | J | | |
| 178. | | | | | Buy<br>(add'l) | 05/01/20 | J | | |
| 179. | | | | | Buy<br>(add'l) | 06/01/20 | J | | |
| 180. | | | | | Sold | 07/20/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiGirolamo, Thomas M. | 04/20/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 181.  WELLS FARGO EMERGING GROWTH FUND CLASS INST | | None | | | Buy (add'l) | 02/03/20 | J | | |
| 182. | | | | | Buy (add'l) | 03/02/20 | J | | |
| 183. | | | | | Buy (add'l) | 03/10/20 | J | | |
| 184. | | | | | Buy (add'l) | 04/02/20 | J | | |
| 185. | | | | | Sold (part) | 04/09/20 | J | | |
| 186. | | | | | Sold | 07/20/20 | K | | |
| 187.  VIRTUS ASSET TR CEREDEX MID CAP VALUE EQUITY FUND CL I | A | Dividend | | | Buy (add'l) | 01/31/20 | J | | |
| 188. | | | | | Buy (add'l) | 02/28/20 | J | | |
| 189. | | | | | Buy (add'l) | 03/09/20 | J | | |
| 190. | | | | | Buy (add'l) | 04/01/20 | J | | |
| 191. | | | | | Buy (add'l) | 05/01/20 | J | | |
| 192. | | | | | Buy (add'l) | 06/01/20 | J | | |
| 193. | | | | | Sold | 07/20/20 | K | | |
| 194.  VICTORY SYCAMORE SMALL CO OPPTY FD CL 1 | | None | | | Buy (add'l) | 01/31/20 | J | | |
| 195. | | | | | Buy (add'l) | 03/02/20 | J | | |
| 196. | | | | | Buy (add'l) | 03/10/20 | J | | |
| 197. | | | | | Buy (add'l) | 04/01/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiGirolamo, Thomas M. | 04/20/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 198. | | | | | Buy (add'l) | 05/01/20 | J | | |
| 199. | | | | | Buy (add'l) | 06/01/20 | J | | |
| 200. | | | | | Buy (add'l) | 06/16/20 | J | | |
| 201. | | | | | Sold | 07/20/20 | K | | |
| 202. VOYA FUNDS VOYA LARGE CAP GROWTH FUND CLASS 1 | | None | | | Buy (add'l) | 01/31/20 | J | | |
| 203. | | | | | Buy (add'l) | 02/28/20 | J | | |
| 204. | | | | | Buy (add'l) | 03/09/20 | J | | |
| 205. | | | | | Buy (add'l) | 04/01/20 | J | | |
| 206. | | | | | Buy (add'l) | 05/01/20 | J | | |
| 207. | | | | | Buy (add'l) | 06/01/20 | J | | |
| 208. | | | | | Sold | 07/20/20 | K | | |
| 209. WELLS FARGO FDS TR CORE BOND FUND CLASS INST | A | Dividend | | | Buy (add'l) | 02/03/20 | J | | |
| 210. | | | | | Buy (add'l) | 03/10/20 | J | | |
| 211. | | | | | Buy (add'l) | 05/01/20 | J | | |
| 212. | | | | | Buy (add'l) | 06/02/20 | J | | |
| 213. | | | | | Sold | 07/20/20 | K | | |
| 214. BARON SELECT FUNDS EMERGING MARKETS FUND INSTL SHS | | None | | | Buy | 06/16/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiGirolamo, Thomas M. | 04/20/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 215. | | | | | Buy (add'l) | 06/17/20 | J | | |
| 216. | | | | | Sold | 07/20/20 | K | | |
| 217. | | | | | | | | | |
| 218. WELLS FARGO SEP IRA | | | | | | | | | |
| 219. STANDARD BANK DEPOSIT | A | Interest | J | T | | | | | |
| 220. ABERDEEN FDS EMERGING MARKETS FUND INSTITUTIONAL CLASS 1 | A | Dividend | J | T | Sold (part) | 03/19/20 | J | | |
| 221. | | | | | Buy (add'l) | 06/01/20 | J | | |
| 222. | | | | | Sold (part) | 09/22/20 | J | | |
| 223. | | | | | Buy (add'l) | 12/02/20 | J | | |
| 224. CREDIT SUISSE COMMODITY RETURN STRATEGY FUND CL I | A | Dividend | J | T | Buy | 03/19/20 | J | | |
| 225. | | | | | Buy (add'l) | 06/01/20 | J | | |
| 226. | | | | | Sold (part) | 09/22/20 | J | | |
| 227. | | | | | Sold (part) | 12/02/20 | J | | |
| 228. EATON VANCE SER II INCOME FUND BOSTON CL I | A | Dividend | J | T | Buy | 04/20/20 | J | | |
| 229. | | | | | Buy (add'l) | 06/01/20 | J | | |
| 230. | | | | | Buy (add'l) | 09/22/20 | J | | |
| 231. EDGEWOOD FUNDS GROWTH FUND INSTL CLASS | A | Dividend | J | T | Buy (add'l) | 06/01/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiGirolamo, Thomas M. | 04/20/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 232. | | | | | Sold (part) | 09/22/20 | J | | |
| 233. GOLDMAN SACHS TR FINL SQUARE TREAS INSTRS FD INSTL CL | A | Dividend | J | T | Sold (part) | 01/10/20 | J | | |
| 234. | | | | | Sold (part) | 04/09/20 | J | | |
| 235. | | | | | Buy (add'l) | 06/01/20 | J | | |
| 236. | | | | | Sold (part) | 07/10/20 | J | | |
| 237. | | | | | Buy (add'l) | 09/22/20 | J | | |
| 238. | | | | | Sold (part) | 10/09/20 | J | | |
| 239. | | | | | Buy (add'l) | 12/03/20 | J | | |
| 240. HARTFORD MUTL FDS INC MIDCAP FUND CLASS 1 | A | Dividend | J | T | Buy (add'l) | 03/19/20 | J | | |
| 241. | | | | | Buy (add'l) | 06/01/20 | J | | |
| 242. | | | | | Buy (add'l) | 09/22/20 | J | | |
| 243. AMERICAN FUNDS WASHINGTON MUTUAL FD F2 | A | Dividend | J | T | Sold (part) | 03/19/20 | J | | |
| 244. | | | | | Buy (add'l) | 06/01/20 | J | | |
| 245. | | | | | Buy (add'l) | 09/22/20 | J | | |
| 246. LAZARD FDS INC INTL EQUITY PORT INSTL SHS | A | Dividend | J | T | Sold (part) | 03/19/20 | J | | |
| 247. | | | | | Buy (add'l) | 06/01/20 | J | | |
| 248. | | | | | Sold (part) | 09/22/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiGirolamo, Thomas M. | 04/20/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 249. | | | | | Sold<br>(part) | 12/22/20 | J | | |
| 250. LAZARD FUNDS INC US EQUITY<br>CONCENTRATED PORT INSTL SHS | A | Dividend | J | T | Buy | 03/19/20 | J | | |
| 251. | | | | | Buy<br>(add'l) | 03/20/20 | J | | |
| 252. | | | | | Buy<br>(add'l) | 06/01/20 | J | | |
| 253. | | | | | Buy<br>(add'l) | 09/22/20 | J | | |
| 254. METROPOLITAN WEST FDS TOTAL<br>RETURN BD FD CL 1 | A | Dividend | J | T | Sold<br>(part) | 03/20/20 | J | | |
| 255. | | | | | Buy<br>(add'l) | 04/21/20 | J | | |
| 256. | | | | | Buy<br>(add'l) | 06/01/20 | J | | |
| 257. | | | | | Sold<br>(part) | 08/18/20 | J | | |
| 258. | | | | | Sold<br>(part) | 09/22/20 | J | | |
| 259. | | | | | Buy<br>(add'l) | 12/02/20 | J | | |
| 260. CHAMPLAIN FUNDS CHAMPLAIN<br>SMALL COMPANY FUND INSTL<br>CLASS SHARES | A | Dividend | J | T | Buy | 09/22/20 | J | | |
| 261. | | | | | Buy<br>(add'l) | 12/02/20 | J | | |
| 262. JP MORGAN TR I SMALL CAP EQUITY<br>FUND JP MORGAN S/C EQUITY I | A | Dividend | J | T | Buy | 04/20/20 | J | | |
| 263. | | | | | Buy<br>(add'l) | 06/01/20 | J | | |
| 264. | | | | | Buy<br>(add'l) | 09/22/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiGirolamo, Thomas M. | 04/20/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 265. | | | | | Buy<br>(add'l) | 12/02/20 | J | | |
| 266. TOUCHSTONE FDS GROUP VID CAP VALUE FUND CLASS Y | A | Dividend | J | T | Buy<br>(add'l) | 03/19/20 | J | | |
| 267. | | | | | Buy<br>(add'l) | 06/01/20 | J | | |
| 268. | | | | | Buy<br>(add'l) | 09/22/20 | J | | |
| 269. VIRTUS FUNDS VIRTUS VONTOBEL EMG MKTS OPPORTUNITIES FUND CLASS 1 | A | Dividend | J | T | Buy<br>(add'l) | 06/01/20 | J | | |
| 270. | | | | | Sold<br>(part) | 09/22/20 | J | | |
| 271. AMERICAN FUNDS GROWTH FUND OF AMERICA CL F2 | | None | | | Sold | 03/19/20 | J | | |
| 272. MERIDIAN FD INC SMALL CAP GROWTH FD INVESTOR CL | | None | | | Buy<br>(add'l) | 03/19/20 | J | | |
| 273. | | | | | Sold | 04/20/20 | J | | |
| 274. PIMCO FDS PAC INVT MGMT SER EMERGING MKTS BD FD INSTL CL | A | Dividend | | | Buy<br>(add'l) | 06/01/20 | J | | |
| 275. | | | | | Sold | 12/02/20 | J | | |
| 276. DEAN SMALL CAP VALUE FUND CL 1 | | None | | | Buy<br>(add'l) | 03/19/20 | J | | |
| 277. | | | | | Sold | 04/20/20 | J | | |
| 278. | | | | | | | | | |
| 279. TIAA-CREF RETIREMENT ACCOUNTS | | | | | | | | | |
| 280. TIAA TRADITIONAL ACCOUNT | B | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiGirolamo, Thomas M. | 04/20/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 281. | | | | | | | | | |
| 282. VALIC ANNUITY ACCOUNTS | | | | | | | | | |
| 283. LARGE CAP ACCOUNT | C | Interest | K | T | | | | | |
| 284. FIXED INCOME ACCOUNT | A | Interest | K | T | | | | | |
| 285. | | | | | | | | | |
| 286. | | | | | | | | | |
| 287. | | | | | | | | | |
| 288. | | | | | | | | | |
| 289. | | | | | | | | | |
| 290. | | | | | | | | | |
| 291. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **DiGirolamo, Thomas M.** | 04/20/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII.  Investments and Trusts

1.  The account shown on line 175 of the 2019 FDR did not meet the reporting requirements to be included on the 2020 FDR.

\

f

| Name of Person Reporting | Date of Report |
|---|---|
| DiGirolamo, Thomas M. | 04/20/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Thomas M. DiGirolamo**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544